September 16, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

---

### NO. 15-24-00082-CV

---

COURTENAY PARIS, IN HER PERSONAL CAPACITY, AND IN HER OFFICIAL CAPACITY AS CHAIRPERSON ON BEHALF OF DECRIMINALIZE ELGIN, A NONPROFIT, UNINCORPORATED POLITICAL ACTION COMMITTEE, Appellant

V.

THE STATE OF TEXAS; CITY OF ELGIN; THERESA Y. MCSHAN, MAYOR OF ELGIN; SUE BRASHAR, MAYOR PRO TEM OF ELGIN; JOY CASNOVSKY, ARTHUR GIBSON III, YALECIA LOVE, CHUCK SWAIN, MATTHEW CALLAHAN, AL RODRIGUEZ, AND FOREST LEE DENNIS, MEMBERS OF THE CITY COUNCIL OF ELGIN; THOMAS MATTIS, CITY MANAGER OF ELGIN; AND CHRIS NOBLE, CHIEF OF POLICE OF ELGIN; IN THEIR OFFICIAL CAPACITIES, Appellees

---

This Court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is **AFFIRMED**.

We order appellant, Courtenay Paris, in Her Personal Capacity, and in Her Official Capacity as Chairperson on behalf of Decriminalize Elgin, a Nonprofit, Unincorporated Political Action Committee, to pay all costs of this appeal.

We further order this decision certified below for observance.

Judgment Rendered September 16, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris. Memorandum Opinion delivered by Chief Justice Brister.